**No. P68/365.**—Hercules Div. American Machine & Foundry Co. *v.* United States, protest 60/7534 (Houston).

**No. P68/366.**—Margro Trading Corporation *v.* United States, protests 60/13096, etc. (New York).

**No. P68/367.**—Continental Diesel Corp. et al. *v.* United States, protests 60/26170, etc. (New York).

**No. P68/368.**—Seedman International Corp. et al *v.* United States, protests 61/1794, etc. (New York).

**No. P68/369.**—Heidemann Industries, Inc. *v.* United States, protest 61/2046 (Baltimore).

No. **P68/370.**—Metasco, Inc. *v.* United States, protest 61/4703 (Philadelphia).

No. **P68/371.**—Metasco, Inc. *v.* United States, protest 61/5005 (Tampa).

No. **P68/372.**—Metasco, Inc. *v.* United States, protest 61/5006 (Tampa).

No. **P68/373.**—Raleigh Industries of America, Inc. *v.* United States, protest 62/11422–12912 (Chicago).

No. **P68/374.**—Raleigh Industries of America, Inc. *v.* United States, protest 62/18599–13062 (Chicago).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.